**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA**

JARRETT MASON,                                          :
                    Plaintiff,                          :
                                                        :
          v.                                            :          No.  5:25-cv-1406
                                                        :
THE U GROUP and ALTIERI CUSTOM                          :
CONTRACTING AND CONSULTING,                             :
                    Defendants.                         :

**O R D E R**

**AND NOW**, this 10th day of June, 2026, for the reasons stated in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1.    The Plaintiff's Motion for Default Judgment, ECF No. 15, is **GRANTED**.

2.    Judgment is **ENTERED** in favor of the Plaintiff against Defendants The U Group and Altieri Custom Contracting and Consulting.

    a.  The Court awards $8,627.82 in damages for lost wages, the difference between wages at Lowe's and the Plaintiff's new employment, and reimbursement for tools and travel expenses.

    b.  The Court awards $4,609.40 in attorney's fees.

3.    The Clerk of Court is directed to **CLOSE** this case.

                                BY THE COURT

                                */s/ Joseph F. Leeson, Jr.*_____
                                JOSEPH F. LEESON, JR.
                                United States District Judge